UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                          Case No. 2:12-cr-18
                                                         HON. Robert Holmes Bell

CHRISTINE MARIE WESTPHAL,

        Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on December 23, 2015 for an initial appearance on the petition for revocation of supervised release. The defendant's counsel requested time to talk with her client regarding the matter and to speak with the assistant united states attorney assigned to the case.

The defendant will remain in the custody of the U.S. Marshal Service pending resolution of this matter.

IT IS SO ORDERED.

                                                                             */s/ Timothy P. Greeley*
                                                                             TIMOTHY P. GREELEY
                                                                             UNITED STATES MAGISTRATE JUDGE

Dated: 12/23/2015